## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS J. SORIANO, | ) |
| Plaintiff, | ) |
| vs. | ) 8:10CV12 |
| | ) ORDER |
| UNION PACIFIC RAILROAD COMPANY, | ) |
| Defendant. | ) |

This matter is before the court on the motion of Kathryn J. Derr for an order permitting the withdrawal of W. Craig Howell and Derr & Howell, PC, LLO as counsel for the plaintiff. Substitute counsel has entered an appearance.

**IT IS ORDERED** that the motion (Doc. 22) is granted. W. Craig Howell and Derr & Howell, PC, LLO may withdraw as counsel for the plaintiff. The court will terminate the appearances of W. Craig Howell, Kathryn J. Derr and Derr & Howell, PC, LLO and will terminate future electronic notices to them in this case.

**DATED July 13, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**