**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| THOMAS J. SORIANO, | ) | CASE NO. 8:10CV12 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Joint Stipulation for Order of Dismissal With Prejudice.  (Filing No. 45.)  The parties have stipulated and agreed to dismissal with prejudice.  The court accepts the Stipulation.

IT IS THEREFORE ORDERED that:

1.    In accordance with the parties' Joint Stipulation for Order of Dismissal With Prejudice (Filing No. 45), this matter is dismissed with prejudice; and

2.    A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 29th day of June, 2011.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.