IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **THOMAS J. SORIANO,** | ) | **CASE NO. 8:10CV12** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **UNION PACIFIC RAILROAD COMPANY,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

Pursuant to the parties' Joint Stipulation for Order of Dismissal With Prejudice (Filing No. 45) and Fed. R. Civ. P. 41, this matter is dismissed with prejudice, with each party to pay its own attorney fees and costs.

DATED this 29th day of June, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.